# Supreme Court of Florida

———————

No. SC2025-0210

———————

## IN RE: AMENDMENTS TO FLORIDA RULES OF CIVIL PROCEDURE - FORM 1.923(a).

June 5, 2025

PER CURIAM.

The Florida Bar's Civil Procedure Rules Committee filed its report proposing amendments to Florida Rules of Civil Procedure Form 1.923(a) (Eviction Summons–Residential) to include Spanish, French, and Haitian Creole translations of the form.

The English version of the form was recently amended in *In re Amendments to the Florida Rules of Civil Procedure*, 386 So. 3d 876 (Fla. 2024), to clarify what actions a defendant must take to challenge an eviction. The existing translations of the form were also removed as they were no longer current in light of the substantive amendments to the form. The Committee now seeks to amend the form to include revised translations incorporating the recent amendments to the English version of the form. Because the

Committee only proposes translations of the recently amended

form, the proposed amendments were not published for comment.

We adopt the proposed Spanish, French, and Haitian Creole

translations of the form as proposed, with a minor revision.

Thus, the Court hereby amends the Florida Rules of Civil

Procedure as reflected in the appendix to this opinion. New

language is indicated by underscoring. The amendments to the

form shall become effective immediately.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Civil Procedure

Cosme Caballero, Chair, Civil Procedure Rules Committee, Miami, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Heather Savage Telfer, Bar Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

## FORM 1.923(a).     EVICTION SUMMONS—RESIDENTIAL

TO: .....(insert name, address, and phone number of tenant)......

### PLEASE READ CAREFULLY

You are being sued by .....(insert landlord's name)..... to require you to move out of the property located at _____ _____ for the reasons given in the attached complaint.

You are entitled to a trial to decide whether you can be required to move, but you MUST do ALL of the things listed below. You must do them within 5 days (not including Saturdays, Sundays, or legal holidays) after the date these papers were given to you or to a person who lives with you or were posted at your home.

THE THINGS YOU MUST DO TO CHALLENGE THE EVICTION ARE AS FOLLOWS:

1.     Write down the reason(s) why you think you should not be forced to move. (You may use Florida Supreme Court Form 1.947(b), Answer—Residential Eviction, to do this.) The written reason(s) must be given to the clerk of the court at .....(insert address of courthouse)......

2.     Mail or take a copy of your written reason(s) to: _____

.....(insert landlord's name and address)......

3.     Pay the clerk of court the rent that is due. You MUST pay the clerk of the court the rent each time it becomes due until the lawsuit is over. Whether you win or lose the lawsuit, the judge may release this rent to the landlord. [By statute, public housing tenants or tenants receiving rent subsidies must be required to pay only that portion of the full rent for which the tenant is responsible under the federal, state, or local program in which they are participating.]

4.     If you and the landlord do not agree on the amount of rent owed, you must file a written request (motion) that asks the judge to decide how much money you must pay to the clerk of the court. The written request must be filed with your answer to the eviction complaint. A copy of your motion must also be mailed or hand delivered to the plaintiff(s) attorney, or if the plaintiff(s) has no attorney, to the plaintiff.

IF YOU DO NOT DO ALL OF THESE THINGS WITHIN 5 DAYS (NOT INCLUDING SATURDAYS, SUNDAYS, AND LEGAL HOLIDAYS FOR YOUR COURTHOUSE) YOU MAY BE EVICTED WITHOUT A HEARING OR FURTHER NOTICE.

You may want to call a lawyer right away. If you do not know a lawyer, you can contact the Lawyer Referral Service on The Florida Bar's website. If you cannot afford a lawyer, you may be eligible for free legal aid. You can locate legal aid programs by searching for "legal aid" on The Florida Bar's website.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [*identify applicable court personnel by name, address, and telephone number*] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on the _____ day of _____, 20_____.

Clerk of the Court
By: _____
Deputy Clerk
Clerk's Address: _____

_____
Telephone No. _____

CITATORIO DE DESALOJO—RESIDENCIAL

DESTINATARIO: .....(Ponga el nombre, la dirección y el número de teléfono del inquilino )......
POR FAVOR LEA ATENTAMENTE
Usted ha sido demandado por ....(ponga el nombre del arrendador).....
para exigirle que desaloje la propiedad localizado en _____
_____ por las razones que se muestran en la demanda querella adjunta.

Usted tiene el derecho a un juicio para determinar si se le puede exigir que desaloje, pero DEBE cumplir con TODAS las acciones que se indican a

- 4 -

continuación, las cuales tienen que hacerse dentro de los 5 días hábiles (es decir, sin incluir sábados, domingos ni días feriados) siguientes a la fecha en que la presente documentación le haya sido entregada a usted, o a una persona que viva con usted, o haya sido posteada en su domicilio.

LAS ACCIONES QUE DEBE HACER PARA CUESTIONAR EL DESALOJO SON LAS SIGUIENTES:

1.      Indique por escrito la razón(es) por las que considera que no se le debe obligar a mudarse (para eso, usted puede usar el Formulario 1.947(b) de la Corte Suprema de la Florida [Florida Supreme Court], "Answer—Residential Eviction"). La presentación de la razón(es) por escrito debe ser entregada al secretario del tribunal en .....(Ponga la dirección del tribunal)......

2.      Envíe por correo postal o entregue una copia de sus razones por escrito a: _____.....(Ponga el nombre y dirección del arrendador)......

3.      Haga el pago del alquiler que se debe al secretario de la corte. Usted DEBE pagar el alquiler al secretario de la corte cada vez que haya que pagarlo, hasta que concluya el proceso judicial. Independientemente de si gana o pierde la demanda, el juez puede entregar este pago del alquiler al arrendador. [Según la ley, los inquilinos de viviendas públicas o quienes reciben subsidios de alquiler deben pagar únicamente la parte por la que son responsables con respecto al monto total del alquiler según el programa federal, estatal o local del que son participantes].

4.      Si usted y el arrendador no llegan a un acuerdo respecto al monto del alquiler adeudado, usted deberá presentar una solicitud por escrito (una petición) para que el juez determine cuánto debe pagar al secretario del tribunal. La solicitud por escrito debe ser presentada junto con su respuesta a la demanda de desalojo. Una copia de su petición también deberá ser enviada por correo postal o entregada personalmente al abogado del demandante, o si el demandante no tiene abogado, al demandante mismo.

_____

SI NO CUMPLE CON TODOS ESTOS REQUISITOS DENTRO DE LOS 5 DÍAS HÁBILES (SIN CONTAR SÁBADOS, DOMINGOS NI FERIADOS OFICIALES SEGÚN EL HORARIO DE ATENCIÓN SU TRIBUNAL), USTED PODRÍA SER DESALOJADO SIN QUE SE HAGA UNA AUDIENCIA NI SE LE DÉ PREVIO AVISO.

_____

Sería recomendable que consulte a un abogado de inmediato. Si no cuenta con un abogado, puede contactar al Servicio de Consulta o Referencia

Legal [Lawyer Referral Service] en el sitio web del Colegio de Abogados de la Florida [The Florida Bar.] Si no tiene el dinero necesario para contratar un abogado, usted podría ser elegible para recibir asesoría jurídica gratuita. Puede encontrar programas de ayuda legal buscando "asistencia legal" ['legal aid'] en el sitio web del Colegio de Abogados de la Florida [The Florida Bar.]

**Si usted tiene una discapacidad y requiere alguna adaptación especial o servicio de apoyo para participar en este procedimiento, tiene derecho a recibir asistencia gratuita. Por favor contacte a [*identifique el personal del tribunal que corresponda incluyendo el nombre, dirección y número de teléfono*], por lo menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el plazo antes de la comparecencia es menor de 7 días; o si tiene discapacidad auditiva o del habla, llame al 711.**

ESTADO DE LA FLORIDA [THE STATE OF FLORIDA:]
A CADA ALGUACIL DEL ESTADO [SHERIFF OF THE STATE:]

Se le ordena que haga entrega oficial de este citatorio, así como de una copia de la demanda que hace parte de este proceso judicial, al demandado mencionado anteriormente.

CON FECHA DEL _____ día del mes de _____ del 20_____.

Secretario(a) del Tribunal

Firmado por: _____
        Secretario(a) Auxiliar
Dirección del Secretario(a) del
Tribunal: _____

No. de Teléfono _____


ASSIGNATION EN EXPULSION—RÉSIDENTIEL

À: .....(insérer le nom, l'adresse et le numéro de téléphone du locataire).......

VEUILLEZ LIRE ATTENTIVEMENT

Vous êtes poursuivi par .....(insérer le nom du propriétaire)..... pour vous obliger à quitter la propriété située à _____
_____ pour les raisons indiquées dans la plainte ci-jointe.

Vous avez le droit à un procès pour déterminer si vous pouvez être obligé de déménager, mais vous DEVEZ accomplir TOUTES les choses énumérées ci-dessous. Vous devez les réaliser dans les 5 jours (à l'exclusion des samedis,

dimanches et jours fériés) suivant la date à laquelle ces documents vous ont été remis ou à une personne qui habite avec vous ou affichés à votre domicile.

POUR CONTESTER VOTRE EXPULSION, IL EST NÉCESSAIRE D'EFFECTUER LES DÉMARCHES SUIVANTES:

1.      Indiquez les raisons pour lesquelles vous pensez que vous ne devriez pas être obligé de déménager. (Vous pouvez vous utiliser au le formulaire 1.947(b) de la Cour Suprême de Floride [Florida Supreme Court], intitulé "Answer—Residential Eviction," pour ce faire.) Les raisons écrites doivent être soumises au greffier du tribunal à .....(insérer l'adresse du palais de justice)......

2.      Veuillez envoyer ou remettre une copie de vos raisons écrites à: ___

_____

.....(insérer le nom et l'adresse du propriétaire).......

3.      Vous devez payez au greffier du tribunal le loyer dû. Vous DEVEZ payez le loyer au greffier à chaque échéance jusqu'à la conclusion du procès. Que vous gagniez ou perdiez le procès, le juge peut décider de transférer ce loyer au propriétaire. En vertu de la loi, les locataires de logements sociaux ou ceux bénéficiant d'aides au loyer ne doivent payer que la part du loyer dont ils sont responsables selon le programme fédéral, étatique ou local auquel ils participent.

4.      Si vous et le propriétaire ne parvenez pas à un accord sur le montant du loyer dû, vous devez soumettre une demande écrite (motion) au juge pour qu'il détermine le montant à verser au greffier. Cette demande écrite doit être déposée avec votre réponse à la plainte d'expulsion. Une copie de votre requête doit également être envoyée par courrier ou remise en main propre à l'avocat du plaignant, ou, si le plaignant n'a pas d'avocat, directement au plaignant.

_____

SI VOUS NE RÉALISEZ PAS TOUTES CES CHOSES DANS UN DÉLAI DE 5 JOURS (HORS SAMEDIS, DIMANCHES ET JOURS FÉRIÉS POUR VOTRE TRIBUNAL), VOUS RISQUEZ D'ÊTRE EXPULSÉ SANS AUDIENCE NI PRÉAVIS SUPPLÉMENTAIRE.

_____

Il est conseillé de joindre un avocat immédiatement. Si vous ne connaissez pas d'avocat, vous pouvez contacter le service de référence aux avocats sur le site Web du Florida Bar [The Florida Bar]. Si vos moyens financiers sont limités, vous pourriez avoir droit à une aide juridique gratuite. Vous pouvez trouver des programmes d'aide juridique en effectuant une

recherche pour "aide juridique" ['legal aid'] sur le site de de sur le site Web du Florida Bar [The Florida Bar].

**Si vous êtes une personne handicapée nécessitant des aménagements pour participer à cette procédure, vous avez droit, sans frais, à certaines formes d'assistance. Veuillez contacter [*identifier le personnel judiciaire concerné par son nom, adresse et numéro de téléphone*] au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous avez des problèmes d'audition ou de voix, composez le 711.**

L'ÉTAT DE FLORIDE [THE STATE OF FLORIDA:]

À CHAQUE SHÉRIF DE L'ÉTAT [SHERIFF OF THE STATE:]

Vous êtes chargé de signifier cette citation et une copie de la plainte dans cette affaire au défendeur mentionné ci-dessus.

DATÉ le _____ jour de _____ 20_____ .

Greffier du Tribunal

Par: _____
          Greffier Adjoint
Adresse du Greffier: _____
_____
Numéro de téléphone: _____


KONVOKASYON DEGÈPISMAN —REZIDANS

A: .....(mete non, adrès, ak nimewo telefòn lokatè a)......

TANPRI LI AK ATANSYON

.....(mete non mèt kay la a) ..... ap rele w lajistis pou mande w deplase soti nan kay ki nan _____
_____ pou rezon ki bay nan plent ki tache la a.

Ou gen dwa a yon jijman pou deside si ou ka oblije kite kay la, men ou DWE fè TOUT bagay ki endike anba la a. Ou dwe fè yo nan 5 jou (sa pa enkli Samdi, Dimanch, oswa jou ferye legal) apre dat yo te ba ou papye sa yo oswa bay yon moun ki abite avèk ou oswa yo te afiche yo sou kay ou.

MEN BAGAY OU DWE FÈ YO POU DEFYE DEGÈPISMAN AN:

1.     Ekri rezon ( yo)ki fè w panse yo pa ta dwe fòse w soti nan kay la. (Ou ka itilize Fòm 1.947(b) Tribinal Siprèm Florid [Florida Supreme Court], Repons— Degèpisman Rezidansyèl, pou fè sa.) Ou dwe bay grefye tribinal la rezon (yo) alekri nan .....(mete adrès tribinal la) ......

2.     Poste oswa pote yon kopi rezon (yo) ou ekri a (yo) bay: _____

.....(mete non ak adrès mèt kay la)......

3.     Peye grefye tribinal la lwaye ou dwe a. Ou DWE peye grefye nan tribinal la lwaye a chak mwa lè w dwe jiskaske pwosè a fini. Kit ou genyen oswa ou pèdi pwosè a, jij la ka bay lwaye sa a bay mèt kay la. [Dapre lalwa, lokatè lojman piblik oswa lokatè k ap resevwa sibvansyon pou lwaye yo dwe oblije peye sèlman pòsyon total lwaye lokatè a responsab la dapre pwogram federal, leta oswa lokal yo ap patisipe ladann nan.]

4.     Si oumenm ak mèt kay la pa dakò sou kantite lwaye ou dwe a, ou dwe depoze yon demann alekri (mosyon) ki mande jij la deside konbyen lajan ou dwe peye grefye tribinal la. Ou dwe ranpli demann alekri a ak repons ou pou plent degèpisman an. Ou dwe tou voye yon kopi mosyon w la pa lapòs oswa remèt avoka moun ki pote plent la (yo), oswa si moun ki pote plent la (yo) pa gen avoka, bay moun ki pote plent la li.

---

SI OU PA FÈ TOUT BAGAY SA YO NAN 5 JOU (SA PA ENKLI SAMDI, DIMANCH, AK JOU FERYE LEGAL POU TRIBINAL OU A) YO KA METE W DEYÒ SAN YON ODYANS OSWA SAN OKENN LÒT AVI.

---

Ou ka vle rele yon avoka touswit. Si w pa konnen yon avoka, ou ka kontakte Sèvis Referans Avoka [Lawyer Referral Service] sou sitwèb Bar Nan Florida [The Florida Bar]. Si ou pa kapab peye yon avoka, ou ka kalifye pou èd legal gratis. Ou ka jwenn pwogram èd legal lè w chèche "legal aid" ['èd legal'] sou sitwèb Bar Nan Florida [The Florida Bar].
**Si ou se yon moun ki gen yon andikap ki bezwen nenpòt aranjman pou patisipe nan pwosedi sa a, ou gen dwa, san okenn frè pou ou, pou w resevwa sèten asistans. Tanpri kontakte [*idantifye pèsonèl tribinal ki aplikab yo pa non, adrès, ak nimewo telefòn*] omwen 7 jou anvan dat tribinal la te fikse pou w te parèt la, oswa imedyatman apre w resevwa notifikasyon sa si dat pou w te parèt la pwograme pou mwens pase 7 jou. Si ou gen pwoblèm pou tande oswa pou w pale, rele 711.**

ETA FLORID [THE STATE OF FLORIDA]:

POU CHAK CHERIF ETA A [SHERIFF OF THE STATE]:

- 9 -

Yo ba w lòd pou w sèvi manda sa a ak yon kopi plent nan pwosè sa a bayakize ki endike anwo a.

DAT _____ nan jou _____, 20_____.

Grefye Tribinal la

Pa: _____

Grefye Adjwen

Adrès Grefye a: _____

_____

Nimewo telefòn: _____

**Committee Notes**

[No Change]